UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHNSON CONTROLS, INC.<br><br>              Plaintiff,<br><br>vs.<br><br>PLANNING, RESEARCH, ANALYSIS, DESIGN GROUP, INC.; AVERY SARDEN; LOHRASB "JEFF" JAFARI; KENNETH R. SAUNDERS; AND JOHN DOE,<br><br>              Defendants. | CIVIL ACTION FILE<br><br>NO. 1:06-CV-1471-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, on the defendants' response to the court's show cause order regarding sanctions, it is

**Ordered and adjudged** that plaintiff recover from defendants and their counsel costs and expenses in the amount of $5,120.00. This award is against each defendant and attorney Richard J. Storrs jointly and severally.

Dated at Atlanta, Georgia this 9th day of May, 2008.

                                                        JAMES N. HATTEN
                                                        CLERK OF COURT

                                             By:   s/Andrea Gee
                                                             Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   May 9, 2008
James N. Hatten
Clerk of Court


By: s/Andrea Gee
      Deputy Clerk